COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

x INITIAL APPEARANCE                    DATE: 6/8/06
❒ BOND HEARING
❒ DETENTION HEARING                     DIGITAL Recording : 2:30 - 2:45
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON     DEPUTY CLERK: Wanda Robinson
CASE NO. 2:06mj55-VPM                    DEFENDANT NAME: Nakeesha Nicole Lawton
AUSA: Tommie Hardwick                    DEFT. ATTY: Daniel Hamm
                                         Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO: Tamara Martin                      USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present (√) NO; ( ) YES     Name:

| | |
|---|---|
| √ | Date of Arrest or ❒ Arrest Rule 5:  6/8/06 |
| ❒ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator |
| ❒ | Deft First Appearance with Counsel |
| ❒ | Deft. First Appearance without Counsel |
| ❒ | Requests appointed Counsel |
| ❒ | Financial Affidavit executed  √  *ORAL MOTION FOR APPT OF COUNSEL* |
| ❒ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| √ | Panel Attorney Appointed-Daniel Hamm; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel.  Has retained |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered.  Deft advised of conditions of release |
| ❒ | BOND EXECUTED (M/D AL charges) $. |
| ❒ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed.  Defendant to remain in Marshal's custody |
| √ | Deft. ORDERED REMOVED to originating district |
| √ | Waiver of ❒ preliminary hearing; √ Waiver Rule 5 ID hearing |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒ Set for |
| ❒ | DISCOVERY DISCLOSURE DATE: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❒ | WAIVER of Speedy Trial.  CRIMINAL TERM: |

Defendant requests DETENTION HEARING be held in prosecuting district